PD-0542-15

PD-0542-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/6/2015 3:07:00 PM
Accepted 5/8/2015 10:11:30 AM
ABEL ACOSTA
CLERK

NO. _____

# TO THE COURT OF CRIMINAL APPEALS

# OF THE STATE OF TEXAS

**LEAVELLE FRANKLIN,**                **PETITIONER**

**VS.**

**THE STATE OF TEXAS,**              **RESPONDENT**

## PETITIONER'S MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

Pursuant to Texas Rules of Appellate Procedure 68.2(c) and 10.5(b), **COMES NOW** the Petitioner, **LEAVELLE FRANKLIN**, by and through counsel of record, Jason Horton, and files this Motion for Extension of Time to File Petition for Discretionary Review.

I.

Petitioner intends to seek discretionary review from the Texas Sixth Court of Appeals' March 10, 2015, decision in *Leavelle Franklin v. State of Texas*, No. 06-14-00047-CR. Petitioner filed a motion for rehearing that was overruled on April 7, 2015.

*Leavelle Franklin vs. The State of Texas*
Motion for Extension of Time to File Petition for Discretionary Review
Page **1** of **8**

## II.

Petitioner's Petition for Discretionary Review is due on May 7, 2015.

## III.

Petitioner has neither sought nor obtained any prior extensions in this case.

## IV.

Petitioner requests additional time to (1) review the record for all possible grounds for review, and (2) prepare Petitioner's Petition for Discretionary Review. Petitioner's counsel's trial and appellate caseload and schedule have prevented said attorney from being able to devote the necessary time to complete and file Petitioner's Petition. Said caseload and schedule includes, but is not limited to, the following since the Texas Sixth Court of Appeals issued its decision overruling Petitioner's Motion for Rehearing:

■ Preparation for and attendance at status hearing in *State of Arkansas v. Joshua Mooney*, pending in the Circuit Court of Miller County, Arkansas, on April 7, 2015;

■ Preparation for and attendance at bond returnable hearing in *State of Arkansas v. Heath Vinyard*, pending in the Circuit Court of Miller County, Arkansas, on April 7, 2015;

*Leavelle Franklin vs. The State of Texas*
Motion for Extension of Time to File Petition for Discretionary Review
Page **2** of **8**

■ Preparation for and attendance at change of plea hearing and pre-sentence interview in *United States v. Patrick James*, pending in the United States District Court for the Eastern District of Texas, on April 7, 2015;

■ Preparation for and attendance at client consult at client's home in Smackover, Arkansas, in *United States v. Clarisse Carey*, pending in the United States District Court for the Western District of Arkansas, on April 9, 2015;

■ Preparation for and attendance at polygraph examination in Dallas, Texas relating to *State of Texas v. James Vowell*, pending in the 102nd District Court of Bowie County, Texas, on April 10, 2015;

■ Preparation for and attendance at client consult at the Titus County Jail in Mt. Pleasant, Texas, in *United States v. Raul Saucedo*, pending in the United States District Court for the Eastern District of Texas, on April 13, 2015;

■ Preparation for and attendance at pretrial hearing in *State of Arkansas v. Christopher Adam Phillips*, pending in the Circuit Court of Miller County, Arkansas, on April 14, 2015;

■ Preparation for and attendance at arraignment in *State of Arkansas v. Jeffrey David Shelton*, pending in the Circuit Court of Howard County, Arkansas, on April 15, 2015;

*Leavelle Franklin vs. The State of Texas*
Motion for Extension of Time to File Petition for Discretionary Review
Page **3** of **8**

■ Preparation for and attendance at pretrial hearing in *State of Arkansas v. Adam Kidd*, pending in the Circuit Court of Hempstead County, Arkansas, on April 16, 2015;

■ Preparation for and attendance at bond reduction hearing in *State of Arkansas v. Juan Perez*, pending in the Circuit Court of Miller County, Arkansas, on April 16, 2015;

■ Preparation for and attendance at trial in *State of Arkansas v. William Hames*, pending in the District Court of Miller County, Arkansas, on April 20, 2015;

■ Preparation for and attendance at bond returnable hearing in *State of Arkansas v. Jared Harper*, pending in the Circuit Court of Miller County, Arkansas, on April 21, 2015;

■ Preparation for and attendance criminal status docket in the Circuit Court of Miller County, Arkansas, on April 21, 2015 (full day);

■ Petitioner's Counsel was out of the county from April 22-27, 2015;

■ Preparation for and attendance at pre-indictment hearing in *State of Texas v. Demarcus James*, pending in the 202nd District Court of Bowie County, Arkansas, on April 29, 2015;

*Leavelle Franklin vs. The State of Texas*
Motion for Extension of Time to File Petition for Discretionary Review
Page **4** of **8**

■ Preparation for and attendance at sentencing hearing in *State of Arkansas v. Adam Kidd*, pending in the Circuit Court of Hempstead County, Arkansas, on April 30, 2015;

■ Preparation for and attendance at sentencing hearing in *United States v. Dimetrice Daniels*, pending in the United States District Court for the Eastern District of Texas, on April 30, 2015;

■ Preparation for and attendance at arraignment in *United States v. Jose Rojas-Sanchez*, pending in the United States District Court for the Western District of Arkansas, on May 4, 2015;

■ Preparation for and attendance at pre-indictment hearing in *State of Texas v. Lisa Phillips*, pending in the 5th District Court of Bowie County, Texas, on May 4, 2015;

■ Preparation for and attendance at pre-indictment hearing in *State of Texas v. Levi Hughes*, pending in the 5th District Court of Bowie County, Texas, on May 4, 2015;

■ Preparation for and attendance at status hearing in *State of Texas v. Stacey Huddleston*, pending in the 5th District Court of Bowie County, Texas, on May 4, 2015;

*Leavelle Franklin vs. The State of Texas*
Motion for Extension of Time to File Petition for Discretionary Review
Page **5** of **8**

■ Preparation for and attendance at criminal pretrial docket in the Circuit Court of Miller County, Arkansas, on May 5, 2015 (full day);

■ Preparation for and attendance at plea and sentencing in *State of Arkansas v. Joshua Parks*, pending in the Circuit Court of Miller County, Arkansas, on May 5, 2015;

■ Preparation for and attendance at juvenile criminal docket in the Circuit Court of Miller County, Arkansas – Juvenile Division, on May 6, 2015;

■ Preparation for and attendance at State Bar of of Texas Grievance Committee panel hearing on May 6, 2015; and

■ Preparation for and attendance at hearing in *D.E. Adams, et al. vs. Union Pacific Corporation, et al*, pending in the Circuit Court of Miller County, Arkansas, on May 7, 2015.

## VI.

This motion is made in good faith and not for purposes of delay.

## VII.

Without additional time, Petitioner will be denied effective assistance of counsel, to which he is entitled.

*Leavelle Franklin vs. The State of Texas*
Motion for Extension of Time to File Petition for Discretionary Review
Page **6** of **8**

**WHEREFORE, LEAVELLE FRANKLIN** requests that the deadline for the filing of his Petition be extended sixty (60) days, and for any such other relief to which he may be entitled.

Respectfully submitted,

JASON HORTON LAW FIRM
114 West Broad Street
Texarkana, Texas  75501
*Mail to:*
P.O. Box 1596
Texarkana, Texas  75504
T- (903) 792-2000
F- (903) 792-2100
www.jasonhortonlaw.com

BY:  /s/ Jason Horton
Jason Horton
jason@jasonhortonlaw.com
Texas Bar Number 24041130

ATTORNEY FOR APPELLANT

*Leavelle Franklin vs. The State of Texas*
Motion for Extension of Time to File Petition for Discretionary Review
Page **7** of **8**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to the following listed persons this 6th day of May, 2015:

Mr. Jerry Rochelle
Bowie County District Attorney
Bowie County Plaza
601 Main Street
Texarkana, Texas  75501

State Prosecuting Attorney
P.O. box 13046
Austin, Texas  78711

/s/ Jason Horton
Jason Horton

*Leavelle Franklin vs. The State of Texas*
Motion for Extension of Time to File Petition for Discretionary Review
Page **8** of **8**